PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JULIE A.K. CUMMINGS, HI Bar No. 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-966-1551
Julie.Cummings@SSA.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| JANEL RAYANN QUIST,<br><br>　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | CIVIL NO. 1:23-cv-00548-SKO (SS)<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 23)** |

　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

　　On remand, the Appeals Council will direct the ALJ to develop the record as necessary, and to provide the claimant an opportunity to submit additional evidence in support of her claim and an opportunity for a new hearing.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: December 13, 2023                 Newel Law

                                By:      /s/ Melissa Newel
                                         MELISSA NEWEL
                                         Attorney for Plaintiff
                                         (authorized by email )

                                         PHILLIP A. TALBERT
                                         United States Attorney

                                         MATHEW W. PILE
                                         Office of Program Litigation, Office 7

                                By:      /s/ Julie A.K. Cummings
                                         JULIE A.K. CUMMINGS
                                         Special Assistant United States Attorney

                                         Attorneys for Defendant

**ORDER**

Based upon the parties' foregoing Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 23), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated:   **December 13, 2023**                 /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE